39 A.3d 991

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Rahmin HOLDEN, Petitioner.**

**No. 128 EM 2011.**

Supreme Court of Pennsylvania.

Feb. 29, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of February, 2012, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** *See* Pa.R.Crim.P. 120(B) (counsel may not withdraw without leave of court). Counsel of record is directed to file a Petition for Allowance of Appeal within 30 days of this order. The Application for Appointment of Counsel is **DENIED.**